IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JO-ANN FIELDS, Individually and on behalf of CAMERON FIELDS and CHERISH FIELDS, Minor Children, | ) ) ) ) ) | 8:04CV554 |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| OMAHA HOUSING AUTHORITY and BRAD ASHFORD, | ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED:

1.  The motions of counsel for the defendants to withdraw, filings 27 and 28, are granted, effective upon the filing of a certificate of service or affidavit indicating that the defendants have been served with a copy of this order.

2.  Defendant Ashford is given 10 days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance in his behalf; (2) file a motion in this court for the appointment of counsel, setting forth his present financial status, and the reasons he believes counsel should be appointed; or (3) indicate, by pleading, that he will proceed in this case without counsel.

3.  Defendant Omaha Housing Authority cannot proceed pro se and is given 10 days from the date of this order in which to obtain the services of substitute counsel and have that attorney file an appearance in its behalf.

DATED this 8th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge