```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JO-ANN FIELDS, CAMERON FIELDS and CHERISH FIELDS, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV554 |
| v. | ) ) ) | |
| OMAHA HOUSING AUTHORITY and BRAD ASHFORD, | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

Defendants' motion for extensions of time, filing 33, being unopposed, is granted and:

1. Defendants are given until July 6, 2005 to respond to plaintiffs' motion for summary judgment and to file their own motion for summary judgment.

2. Trial is continued to 9:00 a.m., November 28, 2005 before the Honorable Richard G. Kopf in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

3. The pretrial conference is continued to October 17, 2005 at 1:00 p.m. before the undersigned in the chambers of the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

DATED this 22nd day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge