IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JO-ANN FIELDS, CAMERON FIELDS and CHERISH FIELDS, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV554 |
| v. | ) ) | |
| OMAHA HOUSING AUTHORITY and BRAD ASHFORD, | ) ) ) | ORDER |
| Defendants. | ) ) | |

On the court's own motion,

IT IS ORDERED:

The pretrial conference is rescheduled from October 17 to October 13, 2005 at 11:00 a.m. in the 4th Floor Conference Room, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

DATED this 15th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge