IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JO-ANN FIELDS, individually and on behalf of CAMERON FIELDS and CHERISH FIELDS, minor children,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>OMAHA HOUSING AUTHORITY and BRAD ASHFORD,<br><br>　　　　　Defendants. | 8:04 CV 0554<br><br>ORDER |

　　　A hearing on defendants' motion for continuance was held by telephone conference call on October 11, 2005. Counsel discussed the recent filing of the amended complaint and related needs for discovery as argued by defendants' counsel. The court advised counsel that if the motion to continue is granted, the next available trial date may be August, 2006, so every effort should be made to preserve the present November trial setting if possible. Accordingly, in accordance with the discussion at the hearing,

　　　IT THEREFORE HEREBY IS ORDERED: The motion for continuance, filing 45, is granted in part, as follows:

　　　1. Defendants shall as soon as possible but on or before October 21, 2005, provide to plaintiffs' counsel the information sought in earlier interrogatories objected to by defendants concerning other OHA tenants who, during the period July 1, 2003 to the date of the filing of the amended complaint, were notified of possible termination because of unpaid debts to OHA and required to sign promissory notes to OHA in order to remain OHA tenants, or who were terminated for failing to sign such notes, including the names and present or last known addresses and phone numbers of such persons and the facts surrounding their notices and subsequent actions taken by OHA and by the persons, with appropriate dates and other documentation as is available.

　　　2. The parties are given leave to conduct all discovery they can agree should be conducted and on whatever abbreviated schedule they agree should be followed, forthwith.

    3.  A telephone conference with the undersigned and counsel will be held October 26, 2005 at 4:30 p.m. to determine the parties' readiness for pretrial conference and trial.  In addition, counsel may request a separate telephone conference with the undersigned during the week of October 17, 2005 if necessary.

    4.  The pretrial conference is continued until October 27, 2005 at 11:00 a.m. before the undersigned in chambers **in Lincoln**.

    5.  Trial remains scheduled before the Hon. Richard G. Kopf, United States District Judge on November 28, 2005 **in Omaha.**


DATED October 11, 2005

                      BY THE COURT:

                        s/ *David L. Piester*
                        United States Magistrate Judge