IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JO-ANN FIELDS, CAMERON          )
FIELDS, and CHERISH FIELDS,     )
                                )
            Plaintiffs,         )              8:04CV554
                                )
        v.                      )
                                )
OMAHA HOUSING AUTHORITY, and    )              ORDER
BRAD ASHFORD,                   )
                                )
            Defendants.         )
                                )

     Upon the defendants' oral motion for a telephonic hearing to request a continuance of the discovery deadline set forth in the court's filing 46 order,

     IT IS ORDERED:

     A telephonic hearing is scheduled for October 19, 2005 at 9:30 a.m.  Counsel for the defendants shall place the call.

     DATED this 13th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge