IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JO-ANN FIELDS, CAMERON FIELDS, and CHERISH FIELDS, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV554 |
| v. | ) ) | |
| OMAHA HOUSING AUTHORITY and BRAD ASHFORD, | ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

A telephone conference was held with counsel on October 19, 2005 regarding the defendant's pending motion for continuance and the developments since the previous conference. In accordance with the discussion during the conference,

IT IS ORDERED:

1. Within ten working days from the date of the conference, defendant shall produce all available information responsive to the plaintiff's interrogatories insofar as concerns Omaha Housing Authority tenants who did sign a promissory note and made some payment thereon.

2. Defendant shall provide all information from the defendant's records responsive to plaintiff's interrogatories to the plaintiff as that information becomes available from the searching efforts of the defendant.

3. Trial of this matter is continued from the previously set trial date of November 28, 2005, until further order of the court.

4. Counsel shall confer regarding either consenting to trial before the magistrate judge or consenting to trial before a visiting judge, and shall notify my office of their agreement or lack thereof, whereupon a new trial date will be established.

DATED this 20th day of October, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge