IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JO-ANN FIELDS, CAMERON FIELDS, and CHERISH FIELDS, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV554 |
| v. | ) ) ) | |
| OMAHA HOUSING AUTHORITY, | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

1. Jury trial is rescheduled to commence at 9:00 a.m., May 22, 2006 for a duration of one trial day before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as BNSF v. LFP Enterprise, 4:05cv3034; Affinity v. Headley 4:05cv3086; and Bodfield v. NE Pork, 4:05cv3218. Jury selection will be held at commencement of trial.

2. The pretrial conference will be held April 27, 2006 at 9:00 a.m. before the undersigned magistrate judge.

3. The deposition deadline is continued to April 13, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect; that is, the previous progression order, filing 26, as amended by filings 34, 46 and 48.

DATED this 3rd day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge