```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JO-ANN FIELDS, CAMERON FIELDS and CHERISH FIELDS, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV554 |
| v. | ) ) ) | |
| OMAHA HOUSING AUTHORITY, | ) ) | ORDER |
| Defendant. | ) ) | |

On the court's own motion,

IT IS ORDERED:

The pretrial conference is continued from August 18 to August 22, 2006 at 9:00 a.m.

DATED this 14th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge