IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JO-ANN FIELDS, individually and on behalf of CAMERON FIELDS and CHERISH FIELDS, minor children, | ) ) ) ) | 8:04CV554 |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| OMAHA HOUSING AUTHORITY, | ) ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' joint motion for an enlargement of time (filing 95) is granted, and the deadline for filing dismissal documents as provided in filing 94 is hereby extended to January 22, 2007.

November 17, 2006.         BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge