IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JO-ANN FIELDS, individually and on behalf of CAMERON FIELDS and CHERISH FIELDS, minor children, | ) ) ) ) | 8:04CV554 |
| Plaintiff, | ) | **ORDER** |
| vs. | ) ) | |
| OMAHA HOUSING AUTHORITY, | ) ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' second joint motion for an enlargement of time (filing 97) is granted, and, accordingly, that the deadline for filing dismissal documents as provided in filing 94 (as amended by filing 96) is hereby extended to February 22, 2007.

January 22, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge