# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JO-ANN FIELDS, individually and on behalf of CAMERON FIELDS and CHERISH FIELDS, minor children,<br><br>   Plaintiff,<br>v.<br><br>OMAHA HOUSING AUTHORITY,<br><br>   Defendants. | CASE No.  8:04-CV-554-RGK-DLP<br><br><br>STIPULATION FOR DISMISSAL |

COMES NOW Plaintiff, Jo-Ann Fields, and Defendant Omaha Housing Authority, each by and through undersigned counsel, and hereby inform the Court that the parties have settled the above-captioned  mater and stipulate that Plaintiff's operative complaint herein should be dismissed with prejudice.

DATED this 6th day of March, 2007.


JO-ANN FIELDS, Plaintiff

By: */s/Catherine Mahern*
  Catherine Mahern - #19939
  Abrahams Legal Clinic
  2120 Cass Street
  Omaha, Nebraska 68178
  (402) 280-3068 Telephone
  *Attorneys for Plaintiff*

OMAHA HOUSING AUTHORITY,
Defendant

By: */s/ D. C. Bradford*
  D. C. Bradford - #10402
  Justin D. Eichman - #22405
  Bradford & Coenen
  First National Center
  1620 Dodge Street, Suite 1800
  Omaha, Nebraska 68102-1505
  (402) 342-4200 Telephone
  *Attorneys for Defendants*

CERTIFICATE OF SERVICE

      I hereby certify that on March 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

      Mr. D. C. Bradford
      Justin D. Eichmann
      Bradford & Coenen
      First National Center
      1620 Dodge Street, #1800
      Omaha, Nebraska 68102-1505

      */s/ Catherine Mahern*
      Catherine Mahern - #19939
      Abrahams Legal Clinic
      2120 Cass Street
      Omaha, Nebraska 68178
      (402) 280-3068 Telephone