# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JO-ANN FIELDS, individually and on behalf of CAMERON FIELDS and CHERISH FIELDS, minor children, Plaintiff, v. OMAHA HOUSING AUTHORITY, Defendants. | Case No. 8:04-CV-554 JUDGMENT OF DISMISSAL |

 This matter came before the court on the parties' joint stipulation for dismissal with prejudice (Filing No. 99). The court finds that this matter should be dismissed with prejudice.

 IT IS THEREFORE ORDERED that, pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiff's cause of action against Defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

 DATED this 6th day of March 2007.

 BY THE COURT:

 s/ *Richard G. Kopf*
 United States District Judge